UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00091-KJD-PAL-1 |
|---|---|
| Plaintiff, | **CLARIFICATION ORDER** |
| v. | |
| JOHN T. HODES, JR., | |
| Defendant. | |

This matter is before the court to clarify the Amended Judgment previously entered in this case (ECF no. 16), following the Order (ECF no. 22), granting Motion for Clarification of Judgment (ECF no. 21) dated 10/19/2006. Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment. The Court finds good cause exists to clarify the Judgment.

IT IS THEREFORE ORDERED that Defendant John T. Hodes, Jr., shall make restitution, to the following payee(s) listed below:

**Name of Payee:** BANK OF AMERICA
Strategic Solutions, Inc.
c/o Isabella Corsini
P.O. Box 479
Pasadena, CA 91102-0479

**Amount of Restitution:** $200,000.00.

**Total Amount of Restitution ordered: $200,000.00 (Joint and several with Arturo Nuosci, case no. 2:04-cr-0386-ECR-GWF).**

The Restitution amount of $200,000.00 does not include any payments receipted by the Court.

DATED this 30 day August, 2023.

_____
KENT J. DAWSON
SENIOR UNITED STATES DISTRICT JUDGE